UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT BUY MOTOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA LLC,<br><br>　　　　　Defendant. | Case No.  25-cv-04435-DMR<br><br>**ORDER TO SHOW CAUSE** |

　　　An initial case management conference was held on September 3, 2025 at 1:30 p.m. in the above-entitled case. No appearance was made on behalf of Defendant Jaguar Land Rover North America LLC. Therefore, IT IS HEREBY ORDERED that by September 8, 2025, Defendant shall submit a statement explaining why Defendant should not be sanctioned for failing to appear at the September 3, 2025 case management conference.

**IT IS SO ORDERED.**

Dated: September 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge